UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

                Plaintiff,

  v.

PIERCE COUNTY, PIERCE COUNTY SHERIFF'S DEPARTMENT, PAUL PASTOR, RICH ODEGARD, LT. CHARLA JAMES, MARVIN SPENCER, and MARTHA KERR,

                Defendants.

No. C10-5847 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss and Cancel Lis Pendens (ECF No. 15) is **GRANTED;** Plaintiff's claims against Defendants are **dismissed with prejudice.**

3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 10th day of June, 2011.

                      /s/ Ronald B. Leighton
                      RONALD B. LEIGHTON
                      UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1