UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVESTER JAMES MAHONE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PIERCE COUNTY, PIERCE COUNTY SHERIFF'S DEPARTMENT, PAUL PASTOR, RICH ODEGARD, LT. CHARLA JAMES, MARVIN SPENCER, and MARTHA KERR,<br><br>　　　　　　　　Defendants. | No. C10-5847 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Charla James' Motion for Summary Judgment (ECF No. 16) is **GRANTED**; Plaintiff's federal claims against Defendant James are **Dismissed with Prejudice;** Plaintiff's state law claims are **Dismissed Without Prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 10th day of June, 2011.

　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1