HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVESTER JAMES MAHONE,<br><br>    Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, et al,<br><br>    Defendants. | CASE NO. C10-5847RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled court upon Plaintiff's Motion for an Extension of Time to Obtain Discovery [Dkt. #44] and Motion for a 30 Day Extension of Time to Respond to the Magistrate Judge's two Reports and Recommendations [Dkt. #46]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff seeks extensions of time (1) under Fed. R. Civ. P. 56(d) to conduct discovery to defend against defendants' motion for summary judgment, and (2) to object to the Magistrate Judge's two Reports and Recommendations recommending the dismissal of his case. His motion under Rule 56(d) has previously been denied by the Magistrate Judge [Dkt. #28] and the time to object to that order has long since passed. Fed. R. Civ. P. 72(a). As such, plaintiff's Motion for an Extension of Time to Obtain Discovery [Dkt. #44] is **DENIED.**

ORDER- 1

1    Plaintiff's Motion for an Extension of Time to Respond to the Magistrate Judge's two
2 Reports and Recommendations [Dkt. #46] appears to be timely filed, and is **GRANTED**.
3 Therefore, this Court's Orders adopting the Reports and Recommendations [Dkt. #'s 41, 42] and
4 the Judgment entered thereon [Dkt. #43] are hereby **VACATED**. Plaintiff's objections to the
5 Reports and Recommendations are due on or before July 18, 2011, and the Reports and
6 Recommendations are re-noted for July 22, 2011. **No further extensions of time will be**
7 **granted.**

8    **IT IS SO ORDERED.**

9    The Clerk shall send uncertified copies of this order to all counsel of record, and to any
10 party appearing pro se.

11   Dated this 16th day of June, 2011.

                                            _____
                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE