UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVESTER JAMES MAHONE,<br><br>                            Plaintiff,<br>  v.<br><br>PIERCE COUNTY, PIERCE COUNTY SHERIFF'S DEPARTMENT, PAUL PASTOR, RICH ODEGARD, LT. CHARLA JAMES, MARVIN SPENCER, and MARTHA KERR,<br><br>                            Defendants. | No. C10-5847 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #'s 49, 61] and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' Motion to Dismiss and Cancel Lis Pendens (ECF No. 15) is **GRANTED;** Plaintiff's claims against Defendants are **dismissed with prejudice.**

3) All pending motions are **DENIED as MOOT**. The Clerk is directed to enter Judgment for the Defendant.

4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 1st day of August, 2011.

                                                      /s/ Ronald B. Leighton<br>
                                                      RONALD B. LEIGHTON<br>
                                                      UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1