UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SYLVESTER JAMES MAHONE,

          Plaintiff,

  v.

PIERCE COUNTY, PIERCE COUNTY SHERIFF'S DEPARTMENT, PAUL PASTOR, RICH ODEGARD, LT. CHARLA JAMES, MARVIN SPENCER, and MARTHA KERR,

          Defendants.

No. C10-5847 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #'s 50, 59], and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendant Charla James' Motion for Summary Judgment (ECF No. 16) is **GRANTED**; Plaintiff's federal claims against Defendant James are **Dismissed with Prejudice;** Plaintiff's state law claims are **Dismissed Without Prejudice.**

(3) All pending motions are **DENIED as MOOT**. The Clerk is directed to enter Judgment for the Defendant.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 1st day of August, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1