# United States District Court
WESTERN DISTRICT OF WASHINGTON

SYLVESTER JAMES MAHONE

        v.

PIERCE COUNTY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5847RBL/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation.

Defendants' Motion to Dismiss and Cancel Lis Pendens (ECF No. 15) is **GRANTED**; Plaintiff's claims against Defendants are **dismissed with prejudice.**

All pending motions are **DENIED as MOOT**.

  August 2, 2011                                                            WILLIAM M. McCOOL
Date                                                                           Clerk

                                                                                  *s/CM Gonzalez*
                                                                                    Deputy Clerk